October 30, 2020

To United States Western District of NY Clerk,

On Thursday after I received notice from the Court, I called and spoke with someone in the Clerks office. I was told to send this letter.

I Robert J. Genner, planned on representing myself. I did not receive any notification of the October 27, 2020 Court appearance. I would like to present my side to the Court.

CASE #
20 CV 548

Thank You,

Robert Genner

# 716-796-5250

